IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BILL SWICK AND GAME ON
OFFSHORE, LLC                                                                                              APPELLANTS

V.                                                                         CIVIL ACTION NO. 3:20-CV-300-SA

WILLIAM L. FAVA, CHAPTER 7 TRUSTEE
FOR THE ESTATE OF STEVEN KEITH JENKINS                                     APPELLEE

ORDER

For the reasons fully explained in the separate Memorandum Opinion issued this day, the Court ORDERS the following: The Bankruptcy Court's Order [2] is AFFIRMED, and this CASE is DISMISSED *with prejudice*.

SO ORDERED, this the 21st day of September, 2021.

                /s/ Sharion Aycock  
                UNITED STATES DISTRICT JUDGE